Cite as 2024 Ark. App. 537

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CR-24-94

| | |
|---|---|
| | **Opinion Delivered** November 6, 2024 |
| CRYSTAL VANN | |
| APPELLANT | APPEAL FROM THE CRAIGHEAD COUNTY CIRCUIT COURT, WESTERN DISTRICT |
| V. | [NO. 16JCR-22-1272] |
| STATE OF ARKANSAS | |
| APPELLEE | HONORABLE CHRIS THYER, JUDGE |
| | AFFIRMED |

## BRANDON J. HARRISON, Chief Judge

Crystal Vann appeals the order of the Craighead County Circuit Court revoking her probation.[1] She contends that the circuit court erred because the evidence was insufficient to prove that she violated the terms of her probation. We affirm.

Before explaining the case and our decision, it is time to tell Vann's counsel that she needs to take more care in preparing her briefs in this court. They fall well below our minimum standards. We offer this admonition as a course-correction measure; and we are confident that we will not have to repeat ourselves again on this point. Now we turn to the substance of this appeal.

In August 2022, the State charged Vann with second-degree battery and resisting

---

[1]This is a companion case to *Vann v. State*, 2024 Ark. App. 536, an appeal from the revocation of Vann's probation in case No. 16JCR-21-1228, also handed down today. The circuit court held one revocation hearing on the State's petitions in both cases.

arrest.  She pled guilty to these charges and received sentences of five years' probation and a suspended sentence of one year, respectively.  The State petitioned to revoke Vann's probation on 20 January 2023, alleging that she had committed the offense of possession of methamphetamine on or about 3 January 2023.  Between February 6 and September 6, the petition was amended five times; relevant to this appeal, those amended petitions included additional allegations of (1) possession of drug paraphernalia and associating with other probationers on January 3; (2) possession of methamphetamine, possession of marijuana, and possession of drug paraphernalia on January 17;[2] (3) possession of methamphetamine on March 2; (5) failure to report on August 10; and (6) failure to inform her probation officer of her current address.  After a hearing held on 16 October 2023, the court revoked Vann's probation and sentenced her to six years' imprisonment.  Vann has timely appealed.

Because the testimony at the hearing and Vann's arguments on appeal are identical to those in the companion case, we will not restate them here, and we incorporate them by reference. *Vann v. State*, 2024 Ark. App. 536.  Accordingly, we hold that there was sufficient evidence to support the revocation, and we affirm for the reasons set forth in that opinion.

Affirmed.

GLADWIN and BROWN, JJ., agree.

*Terry Goodwin Jones*, for appellant.

*Tim Griffin*, Att'y Gen., by: *Michael Zangari*, Ass't Att'y Gen., for appellee.

---

[2]The amended petition identifies the date of these offenses as January 16; however, later amended petitions and the testimony at the revocation hearing identify the date as January 17.